IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES MARIO PRIDGEN,**<br>            Petitioner,<br><br>            v.<br><br>**SHANNON,**<br>**THE DISTRICT ATTORNEY OF THE**<br>**COUNTY OF LANCASTER, and**<br>**THE ATTORNEY GENERAL OF THE**<br>**STATE OF PENNSYLVANIA,**<br>            Respondents. | **CIVIL ACTION**<br><br><br><br>**NO.  00-4561** |

## O R D E R

**AND NOW**, this 12th day of May, 2014, upon consideration of petitioner's *pro se* Motion for State Court Trial Transcripts and Preliminary Hearing (Document No. 60, filed August 7, 2013), 60(b) Alleging a Defect in the Integrity of the Federal Habeas Corpus Proceedings (Document No. 61, filed August 7, 2013), Motion for State Court Record (Document No. 63, Filed August 12, 2013), Commonwealth's Answer to Petitioner's Rule 60(b) Motion (Document No. 65, filed August 27, 2013), Commonwealth's Answer to Petitioner's Motion for State Court Record and Transcripts (Document No. 66, filed August 27, 2013), Motion for an Extension of Time (Document No. 79, filed March 3, 2014), Motion for Expert Witness Funds and Exparte [sic] Hearing (Document No. 80, filed March 3, 2014), Motion for an Extension of Time (Document No. 81, Filed April 2, 2014), and Motion to Supplement Motion for Expert Witness Funds and Exparte Hearing With Supporting Evidence (Document No. 82, filed April 14, 2014), Motion for Extension of Time (Document No. 83, filed May 2, 2014), for the reasons set forth in the Memorandum dated May 12, 2014, **IT IS ORDERED** as follows:

1. Petitioner's *pro se* 60(b) Alleging a Defect in the Integrity of the Federal Habeas Corpus Proceedings (Document No. 61) is **DENIED.**

2. Petitioner's *pro se* Motion for State Court Trial Transcripts and Preliminary Hearing (Document No. 60) is **DENIED.**

3. Petitioner's *pro se* Motion for State Court Record (Document No. 63) is **DENIED.**

4. Petitioner's *pro se* Motion to Supplement Motion for Expert Witness Funds and Exparte Hearing With Supporting Evidence (Document No. 82) is **GRANTED.** The Court considered the evidence in petitioner's Motion to Supplement in its Memorandum dated May 2, 2014.

5. Petitioner's *pro se* Motion for Expert Witness Funds and Exparte [sic] Hearing (Document No. 80) is **DENIED.**

6. Petitioner's *pro se* Motion for an Extension of Time (Document No. 79), Motion for an Extension of Time (Document No. 81), and Motion for Extension of Time (Document No. 83) are **DENIED AS MOOT.**

BY THE COURT:

/s/ Hon. Jan E. DuBois
**DuBOIS, JAN E., J.**